UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-20205-JLK/DAMIAN

JULIANNE JENNINGS,

    Plaintiff,

v.

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINE, and
ONE SPA WORLD LLC,

    Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTIONS TO STRIKE AFFIRMATIVE DEFENSES**

THIS CAUSE is before the Court on the May 17, 2022, Report and Recommendation ("R&R") (DE 15) of Magistrate Judge Melissa Damian. No objections were filed and the time to do so has passed.

The R&R recommends that Plaintiff's Motions to Strike Affirmative Defenses (DE 11 and DE 12) be granted in part and denied in part, specifically as ordered herein. *See* R&R. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Damian's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Melissa Damian's Report and Recommendation **(DE 15)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Motions **(DE 11 and DE 12)** be, and the same hereby are, **GRANTED** as to Carnival's Affirmative Defenses C, D, E, N, O, and P, and OneSpaWorld's Affirmative

Defenses C, D, E, M, N, and O, and these affirmative defenses are **STRICKEN without prejudice** to replead;

3. **DENIED** as to Carnival's Affirmative Defenses Q and R and OneSpaWorld's Affirmative Defenses P and Q, but these affirmative defenses are treated as **DENIALS**;

4. **DENIED** as to Carnival's Affirmative Defense S and OneSpaWorld's Affirmative Defense R; and

5. **DENIED AS MOOT** as to Carnival's Affirmative Defenses G and T and OneSpaWorld's Affirmative Defenses G and S since these affirmative defenses were withdrawn.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of June, 2022.

*[signature: James Lawrence King]*

**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

**cc:**   **All counsel of record**
**Magistrate Judge Melissa Damian**